# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

**CHARLES RADFORD**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-640

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One: On or about September 28, 2016, in Marion County, in the Southern District of Indiana, CHARLES RADFORD, the defendant herein, did by force and violence or by intimidation take from the person and presence of another approximately $5,200.00 of money belonging to or in the care of, custody, control, management, and possession of a bank, to wit: PNC Bank located at 5645 E. Raymond Street, Indianapolis, Marion County, Indiana, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense did assault and put in jeopardy the life of another person by the use of a dangerous weapon. All of which is a violation of Title 18, United States Code, Section 2113(a), (d).

Count Two: On or about September 28, 2016, in Marion County, in the Southern District of Indiana, CHARLES RADFORD did knowingly carry, use, and brandish a firearm, to wit: Bryco Arms .380 caliber pistol, serial number 586507, during and in relation to a crime of violence, to wit: the robbery of the PNC Bank, located at 5645 E. Raymond Street, Indianapolis, Marion County, Indiana, charged in Count One of the Complaint; In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.

_____
Special Agent Brian Guy, FBI

Sworn to before me, and subscribed in my presence

September 29, 2016                            at    Indianapolis, Indiana
**Date**

Denise K. LaRue, U.S. Magistrate Judge          _____
**Name and Title of Judicial Officer**                  Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian J. Guy, being duly sworn, hereby depose and state:

**AFFIANT**

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed in that capacity for over twenty-six (26) years. I am currently assigned to the Indianapolis Division of the FBI and I am responsible for investigating violent crimes, including bank robbery investigations. I am currently the Bank Robbery Coordinator (BRC) for the Indianapolis Division of the FBI. As the BRC, I review all the bank robberies committed in the state of Indiana, as well as bank robberies committed by serial bank robbers nationally. Prior to being assigned to the Indianapolis Division in June 2010, I was assigned to the San Francisco Division of the FBI where I was the BRC for approximately thirteen (13) years. I have investigated over one thousand (1000) bank robberies and reviewed over four thousand (4,000) bank robbery cases and bank surveillance photographs. I have been involved in the collection of evidence, the investigative interviewing of witnesses and subjects, the use of confidential informants, the execution of hundreds of search warrants and arrest warrants, and the use of physical surveillance, among other investigative steps.

2. This affidavit is submitted in support of a criminal complaint against Charles H. Radford on the grounds he committed an Armed Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and (d). In addition, that Mr. Radford also committed a violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) for Brandishing a Firearm During a Crime of Violence. The elements of Armed Bank Robbery are as follows: (1) The defendant used force, violence, or intimidation; (2) in taking money belonging to a financial institution; (3) by use of a dangerous weapon; and (4) the deposits of that financial institution were then insured by the Federal Deposit Insurance Corporation (FDIC). The elements of Brandishing a Firearm During a Crime of Violence are as follows: (1) the defendant during and in relation to a crime of violence, to wit: armed bank robbery; (2) for which the person can be prosecuted in a court of the United States; (3) brandished a firearm in furtherance of such crime.

3. In connection with my official duties, I have obtained the following information through my investigation and from other FBI Agents, FBI Task Force Officers, and Indianapolis Metropolitan Police Department (IMPD) Officers. I have not included all the information learned through the course of this investigation; rather, have included only facts in support of a finding of probable cause of the aforementioned crimes.

4. In connection with my official duties, I have participated in the investigation of the armed robbery of the PNC Bank, 5645 E. Raymond Street, Indianapolis, Indiana 46203 on September 28, 2016.

5. On September 28, 2016, at approximately 2:40 p.m., a lone black male adult, hereinafter referred to as the robber, entered the bank after being let in by bank employees. The robber was initially denied entry based on the entrance's metal detector going off and him wearing a hat and sunglasses. After being asked to remove his sunglasses, which the robber did, the robber was allowed to enter the bank. Once inside the bank, the robber walked up to the teller line and pulled out a silver pistol and said, "This is how it's going to go. Put the money in the bag." The robber then directed an employee who was sitting in an office just off the lobby to come towards him. The employee got up from his desk and walked and stood near where the robber was standing outside the teller line. The robber pointed his gun at the four (4) employees who were in the bank. There were no customers inside the bank at the time of the robbery. One employee moved from the teller line towards the drive-up window in order to comply with the robber's demand of getting money but the robber said, "No missy, get back over here." The teller returned to the teller line and put her hands on the counter. A second teller reached down to her cash drawer and removed strapped bundles of money and placed the money on the counter. The robber grabbed the money and started to leave the bank. As the robber was leaving he said words to the affect of, "Don't lock these doors or I'll fucking shoot somebody." The robber was able to go through the first set of doors but the second set of doors were locked. The robber, who still had the first set of doors open leading back into the bank, turned and pointed his gun at the four (4) employees. Some of the employees began screaming and pleading that the second set of doors would open. One of the employees was able to disengage the lock on the second set of doors, thereby allowing the robber to exit the bank. The robber dropped a strapped bundle of $1 bills inside the vestibule as he was leaving the bank. The robber turned right as he exited the bank towards Raymond Street and then ran in a northeasterly direction towards Silver Lane Drive.

6. An audit conducted after the robbery determined the bank suffered a loss of $5,200. No bait bills or other security devices were taken. However, there were straps around some of the bundles of money which may have the initials of the teller whose money was taken. The deposits of the PNC Bank, 5645 E. Raymond Street, Indianapolis, Indiana are insured by the FDIC.

7. During the course of the robbery, digital bank surveillance cameras captured images of the robber. Witnesses also provided a description of the robber to investigators. The robber was described as a black male adult who was between 5'8 and 5'10 tall and weighed approximately 120-180 pounds. The robber was in his late 20's to early 30's and had a goatee. He wore a brimmed straw style hat with a black band, a white shirt, a thigh length plaid long sleeve coat with the colors of dark maroon and dark brown in the plaid design, white latex gloves, and dark pants. The weapon was described as a silver or chrome pistol possibly a 9mm pistol.

8. Immediately after the robbery, the IMPD and the FBI were notified. While officers and Agents were responding to the bank, citizens were calling 911 to report a male matching the

description of the robber running through the yards in the area of 2100 Silver Lane Drive. A perimeter was established in order to capture the robber.

9. A 911 call was received at 2:43 p.m. from 2141 Silver Lane Drive from a victim who reported a man wearing a straw hat and a red and black jacket with cash and a gun in his hand and that it looked like he had robbed a store. The victim was interviewed and added that the man was yelling, "I need help" in the middle of the street. The man approached the victim and the victim told the man, "Don't come in the fence." The victim's daughter came out of the back of the house as the man walked up to the fence and opened the gate. The man yelled, "Let me have your keys" and the victim turned and started walking back towards her backdoor. The daughter of the victim said the man pointed a gun at her mother and said, "I don't want to shoot anyone" as her mother walked back into the house. The mother made it back safely into the house. The man then ran east through their backyard jumping fences. Officers later found a silver Bryco Arms .380 caliber pistol, serial number 586507 and loose money in the backyard of 2141 Silver Lane Drive. The Bryco Arms .380 caliber pistol was loaded with 5 rounds in the magazine. The robber then ran towards Bolton Avenue, which was one block east of Silver Lane Drive. Officers found in the backyard of 2028 S. Bolton Avenue was a straw hat that matched the hat the robber wore during the robbery. Officers also found in two other backyards on Bolton Avenue was loose cash on the ground. Also found at 2020 S. Bolton Avenue was a pair of white latex gloves.

10. After multiple attempts to locate the suspect by IMPD K-9 and multiple sightings by neighbors in the perimeter the perimeter was released.

11. At approximately 5:41 p.m., a 911 call came in from 1950 Adina Court reporting a man meeting the robber's description tried to jump the complainant's fence. Officers and Agents responded and setup a perimeter. IMPD Officer's Bontrager and Hubbs responded to the area and saw a black male with no shirt and holding his pants running north. The robber ran into the backyard of 5390 Southeastern Avenue. Officer's Bontrager, Hubbs, and Sergeant Gosnell attempted to arrest the robber at gunpoint and with verbal commands but the robber refused. Officer Bontrager deployed his Taser and again ordered the robber to get on the ground. The robber then ran east towards a back fence and Officer Bontrager used his Taser on the robber. The Taser was unsuccessful and the robber jumped over the fence and ran east, where he climbed over a 6' wooden fence in an attempt to elude capture. After the robber jumped over the wooden fence he was taken into custody by an IMPD K-9 unit and other officers and Agents at 2010 Adina Boulevard.

12. Found in the backyard of 5390 Southeastern Avenue was more loose money. Found in the backyard of 1982 Adina Boulevard was a white dress shirt and a brown and black plaid jacket that matches the jacket worn by the robber during the robbery. IMPD Officer Fritsche found wads of money in both pockets of the jacket and a hand written robbery demand note in the front right pocket. There were several straps for $100 bills that were found by Officer

Fritsche in the left pocket of the jacket.  Officer Fritsche collected a total of $4,594 in varies areas of the perimeter.

13. On September 28, 2016, your affiant, Task Force Officer (TFO) Mark Rutter, and SA Adam Vail interviewed Charles Radford.  Prior to the interview, Radford was advised of his Miranda rights.  Radford waived his rights and agreed to be interviewed.

14. Radford told investigators he robbed the bank because he needed money to support himself, his girlfriend, and his girlfriend's children.  Radford is on parole with the State of Indiana and lost his job about a week ago.  Radford robbed the PNC Bank because it was near where his girlfriend lived.  Radford bought the gun he used in the robbery on the eastside of Indianapolis for $50.  Radford was shown a bank surveillance photograph depicting him standing at the teller line wearing a straw hat, white shirt, plaid coat, white gloves, and holding a silver pistol in his right hand.  Radford acknowledged it was him in the photograph and signed and dated the photograph signifying it was him in the photograph.

15. Based upon the above information, there is probable cause to believe that Charles H. Radford committed the robbery of the PNC Bank, 5645 E. Raymond Street, Indianapolis, Indiana in violation of Title 18, U.S.C., Section 2113 (a) and (d); and that during the robbery violated Title 18, U.S.C., Section 924 (c)(1)(A)(ii) by brandishing and carrying a firearm during an in relation to that armed robbery, which is a crime of violence prosecutable in federal court.

_____
BRIAN J. GUY, Special Agent
Federal Bureau of Investigation


SWORN AND SUBCRIBED TO BEFORE ME

THIS 29TH DAY OF SEPTEMBER, 2016

_____
DENISE K. LARUE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA